Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Low Tech Toy Club, LLC d/b/a The Woobles*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOW TECH TOY CLUB, LLC d/b/a THE WOOBLES,<br><br>*Plaintiff*<br><br>v.<br><br>1688 3C ELECTRONICS DIRECT STORE, 3 SEE ZONE STORE, 999 ODERS ELECTRONICS STORE, ABCDIYEA STORE, BLUE GROTTO STORE, CONVENIENT DEPARTMENT STORE STORE, HOME FURNISHING SHOP STORE, HOMEDECOR STORE, HOMEY HOMEY STORE, HOSPORT CLUB STORE, INDEPENDENT-DESIGN STORE, NEW TRENDY CLOTHES CO.,LTD. STORE, NINGBO SHINEGIFTS IMPORT & EXPORT CO., LTD., OFFICE DIGITAL STORE, PINKY HOUSE, PRETTYOK STORE, PROFESSIONAL SPORTING STORE, SHANGHAI YONGJIU TEXTILE TECHNOLOGY CO., LTD., SHENZHEN JIUMAI E-COMMERCE CO., LTD., SHOP1102928665 STORE, SHOP1102978789 STORE, SHOP1103287323 STORE, SHOP1103295299 STORE, SHOP1103299290 STORE, SHOP1103333011 STORE, | 25-cv-4257 (VSB)<br><br>**UNSEALING ORDER** |

SHOP1103349094 STORE, SHOP1103349099 STORE, SHOP1103357069 STORE, SHOP1103358063 STORE, SHOP1103391407 STORE, SHOP1103391478 STORE, SHOP1103393406 STORE, SHOP1103411029 STORE, SHOP1103413022 STORE, SHOP1103774241 STORE, SHOP1103842411 STORE, SHOP1103875903 STORE, SHOP1103996318 STORE, SHOP1104002584 STORE, SHOP1104026321 STORE, SHOP1104098123 STORE, SHOP1104106565 STORE, SHOP1104194743 STORE, SHOP1104273961 STORE, SHOP1104301514 STORE, SHOP1104336521 STORE, SHOP1104405394 STORE, SHUNMAII CAMPING SPECIALTY STORE, SSS-DIGITAL STORE, SSWEET1128 STORE, SU CHENG ZI STORE, SWQ STORE, TAIZHOU QILIN AUTO PARTS CO., LTD., THE-FUN-TOY STORE, TOP AUTO TECH MALL, TWINKLE-FASHION STORE, WINHOLDER-TOP-RATED STORE, XINYI HONGYUAN (TIANJIN) TECHNOLOGY DEVELOPMENT CO., LTD., YOUME LIFE STORE, YUYAO DN SCIENTIFIC & EDUCATIONAL INSTRUMENT CO., LTD. and ZHENGZHOU JING YUAN INTERNATIONAL TRADE CO., LTD.,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SO ORDERED:

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: July 10, 2025