UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LOW TECH TOY CLUB, LLC d/b/a THE :
WOOBLES, :
:
                            Plaintiff, :      25-CV-4257 (VSB)
:
      - against - :      **SEALED ORDER**
:
1688 3C ELECTRONICS DIRECT STORE, :
*et al.*, :
:
                        Defendants. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On June 3, 2025, I issued a Temporary Restraining Order in this matter *ex parte* and under seal. (*See* Sealed Order dated June 3, 2025 ("TRO").) I am in receipt of Plaintiff's Request to Modify and Extend TRO, filed under seal June 9, 2025. For the reasons stated in Plaintiff's submission, the request is GRANTED. *Cf.* Order Extending TRO, *Loewe, S.A. v. Beijing Onward Fashion Co., Ltd.*, No. 24-CV-8871 (S.D.N.Y. Nov. 25, 2024), ECF No. 21 at 2. Accordingly, it is hereby:

       ORDERED that the hearing date and related briefing schedule are modified as follows:

- The telephonic show-cause hearing scheduled in Section II.A of the TRO is ADJOURNED to **July 9, 2025 at 2:00pm**.

- The deadline for the submission of any opposing papers set forth in Section II.B of the TRO is extended to **July 1, 2025**, and the deadline for the submission of any reply papers is extended to **July 7, 2025**.

IT IS FURTHER ORDERED that other provisions of the TRO, including the sealing provisions, shall remain in full force and effect through **July 9, 2025**.

IT IS FURTHER ORDERED that any application to extend the period during which those documents remain under seal shall be submitted to the Court in writing no later than **July 7, 2025**.

IT IS FURTHER ORDERED that Plaintiffs shall serve this order on Defendants in accordance with Section IV of the TRO.

This Order will be filed under seal.

SO ORDERED.

Dated: June 9, 2025
      New York, New York

                                              Vernon S. Broderick
                                              United States District Judge