UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LOW TECH TOY CLUB, LLC d/b/a THE
WOOBLES,

                            Plaintiff,                  25-CV-4257 (VSB)

            - against -                    **ORDER**

1688 3C ELECTRONICS DIRECT STORE,
*et al.*,

                          Defendants.
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      WHEREAS, Plaintiff having moved *ex parte* on May 21, 2025 against Defendants for the following: (1) a temporary restraining order; (2) an order restraining Merchant Storefronts[1] and Defendants' Assets with the Financial Institutions; (3) an order to show cause why a preliminary injunction should not issue; (4) an order authorizing bifurcated and alternative service; and (5) an order authorizing expedited discovery;

      WHEREAS, on June 3, 2025, the Court entered an Order granting Plaintiff's Application ("TRO") which ordered Defendants to appear on June 13, 2025 at 11:00 a.m. to show cause why a preliminary injunction should not issue ("Show Cause Hearing");

      WHEREAS, on June 9, 2025, Plaintiff wrote a letter to the Court requesting modification and extension of the TRO, and on the same day, the Court granted Plaintiff's request, which,

---

[1] My July 10, 2025 Preliminary Injunction Order (Doc. 18 ("Preliminary Injunction Order")) provides a more complete factual background and procedural history of this action. Familiarity with the Preliminary Injunction Order will be presumed throughout, and defined terms from the Preliminary Injunction Order will have the same meaning and will be used in this Order.

inter alia, adjourned the Show Cause Hearing to July 9, 2025 at 2:00 p.m., and modified the briefing schedule to extend the deadline to submit opposition papers to July 1, 2025 and reply papers to July 7, 2025 ("June 9, 2025 Order");

WHEREAS, on June 27, 2025 pursuant to the alternative methods of service authorized by the TRO, Plaintiff served the Summons, Complaint, TRO, all papers filed in support of the Application and the June 9, 2025 Order on each Defendant;

WHEREAS, on July 9, 2025 at 2:00 p.m. ("July 9, 2025 Hearing"), Plaintiff appeared at the Show Cause Hearing, however, none of the Defendants appeared;

WHEREAS, during the July 9, 2025 Hearing, Plaintiff's counsel notified the Court that they heard from two of the Defendants—Defendant Shanghai Yongjiu Textile Technology Co., Ltd. and Defendant Zhengzhou Jing Yuan International Trade Co., Ltd.—since the Court entered the TRO.  However, neither of those Defendants appeared at the July 9, 2025 Hearing;

WHEREAS, during the July 9, 2025 Hearing, Plaintiff's counsel notified the Court that Defendant Shanghai Yongjiu Textile Technology Co., Ltd. indicated to Plaintiff's counsel that it had filed an opposition to the TRO.  However, neither Plaintiff's counsel nor the Court received any opposition to the TRO;

WHEREAS, on July 10, 2025, the Court entered a preliminary injunction order (the "Preliminary Injunction Order") which ordered that the injunctive relief previously granted in the TRO shall remain in place through the pendency of this action;

WHEREAS, on July 21, 2025, the Court was notified that Defendant Shanghai Yongjiu Textile Technology Co., Ltd. had in fact filed an opposition to Plaintiff's Motion for a

Preliminary Injunction on July 8, 2025, but the Clerk's Office incorrectly docketed the opposition to a different case;

WHEREAS, on July 21, 2025, the Clerk's Office correctly docketed Defendant Shanghai Yongjiu Textile Technology Co., Ltd.'s opposition in this action;

WHEREAS, Defendant Shanghai Yongjiu Textile Technology Co., Ltd.'s opposition was untimely because it was filed one week after the deadline set forth in the June 9, 2025 Order and the Court was not made aware of the opposition until July 21, 2025, after the Preliminary Injunction Order was entered.

Accordingly, it is hereby:

ORDERED that Defendant Shanghai Yongjiu Textile Technology Co., Ltd. may appear and move to dissolve or modify the Preliminary Injunction Order on two (2) days' notice to Plaintiff or on shorter notice as set by the Court.

IT IS FURTHER ORDERED that Plaintiff shall serve this order on Defendant Shanghai Yongjiu Textile Technology Co., Ltd. via Defendant's email, serenagtq@gmail.com.

SO ORDERED.

Dated: July 22, 2025
      New York, New York

Vernon S. Broderick
United States District Judge