UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LOW TECH TOY CLUB, LLC d/b/a THE WOOBLES, Plaintiff, -against- 1688 3C ELECTRONICS DIRECT STORE, et al., Defendants. | : | 25-CV-4257 (VSB) **ORDER** |

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiff's Proposed Order to Show Cause, Plaintiff's Memorandum of Law in Support of Plaintiff's Proposed Order to Show Cause, the Declaration of Melissa J. Levine in Support of Plaintiff's Proposed Order to Show Cause, Plaintiff's Proposed Default Judgment and Permanent Injunction Order, the affirmation of service of the summons and complaint, and the Clerk's Certificate of Default. (Docs. 52–56.) The parties are ORDERED to appear for a hearing on September 17, 2026 at 2:00 p.m. The hearing will take place telephonically. The dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**. There is no attendee ID. Accordingly, it is hereby:

ORDERED that Defendant file their opposition to Plaintiff's Motion for Default Judgment on or before September 3, 2026.

IT IS FURTHER ORDERED that Plaintiff file a reply, if any, on or before September 10, 2026.

IT IS FURTHER ORDERED that Plaintiff shall serve the Defendant with a copy of this order on or before August 27, 2026 and file proof of service on the electronic docket on or before August 28, 2026.

SO ORDERED.

Dated: August 24, 2026
New York, New York

Vernon S. Broderick
United States District Judge